B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**All ways Accessible Rehab, LLC d/b/a Mobility Specialists** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0309684** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**610 Magnolia Avenue**<br>**Auburndale, FL**<br><div align="right">ZIP Code<br>**33823**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Polk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**<br>(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**<br>(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**         THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**All ways Accessible Rehab, LLC d/b/a Mobility Specialists** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | Name of Debtor(s): |
|---|---|
| **Voluntary Petition** | **All ways Accessible Rehab, LLC d/b/a Mobility Specialists** |
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Pierce J. Guard, Jr.** _____
Signature of Attorney for Debtor(s)

**Pierce J. Guard, Jr.** _____
Printed Name of Attorney for Debtor(s)

**The Guard Law Group, PLLC** _____
Firm Name

**2511 Orleans Avenue**
**Lakeland, FL 33803**

_____
Address

                              **Email: jguardjr@aol.com**
**863-619-7331  Fax: 863-619-7992** _____
Telephone Number

**September  3, 2015** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William Vanderpool** _____
Signature of Authorized Individual

**William Vanderpool** _____
Printed Name of Authorized Individual

**Managing Member** _____
Title of Authorized Individual

**September  3, 2015** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **All ways Accessible Rehab, LLC d/b/a Mobility Specialists**          Case No. _____
                                                   Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **Credit Card Debt** | | **19,692.17** |
| **Drive Medical Design**<br>**P.O. Box 842450**<br>**Boston, MA 02284** | **Drive Medical Design**<br>**P.O. Box 842450**<br>**Boston, MA 02284** | **Medical Supplies for resale** | | **64,390.38** |
| **Financial Pacific Leasing**<br>**3455 S. 344th Way, Suite 300**<br>**Federal Way, WA 98001** | **Financial Pacific Leasing**<br>**3455 S. 344th Way, Suite 300**<br>**Federal Way, WA 98001** | **Medical Supplies for resale** | | **30,034.85** |
| **Golden Technologies**<br>**401 Bridge Street**<br>**Old Forge, PA 16518** | **Golden Technologies**<br>**401 Bridge Street**<br>**Old Forge, PA 16518** | **Medical Supplies for resale** | | **7,571.85** |
| **Invacare Corporation &**<br>**Invacare Credit Corporation**<br>**c/o Theodore Hamilton, Esq.**<br>**1010 North Florida Avenue**<br>**Tampa, FL 33602** | **Invacare Corporation &**<br>**Invacare Credit Corporation**<br>**c/o Theodore Hamilton, Esq.**<br>**Tampa, FL 33602** | **Final Judgment** | **Subject to Setoff** | **538,479.43** |
| **Joe Tedder**<br>**P.O. Box 1189**<br>**Bartow, FL 33831** | **Joe Tedder**<br>**P.O. Box 1189**<br>**Bartow, FL 33831** | **Personal Property Taxes** | | **11,000.00**<br><br>**(0.00 secured)** |
| **MedBloc, Inc.**<br>**1935 Solutions Center**<br>**Chicago, IL 60677** | **MedBloc, Inc.**<br>**1935 Solutions Center**<br>**Chicago, IL 60677** | **Medical Supplies for resale** | | **7,190.00** |
| **Merits Health Products**<br>**730 NE 19th Place**<br>**Cape Coral, FL 33909** | **Merits Health Products**<br>**730 NE 19th Place**<br>**Cape Coral, FL 33909** | **Medical Supplies for resale** | | **16,084.09** |
| **OTTO Bock**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** | **OTTO Bock**<br>**P.O. Box 86**<br>**Minneapolis, MN 55486** | **Medical Supplies for resale** | | **38,706.94** |
| **Pawnee Leasing Corp**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** | **Pawnee Leasing Corp**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** | | | **15,588.80** |
| **Pawnee Leasing Corp**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** | **Pawnee Leasing Corp**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** | | | **10,435.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **All ways Accessible Rehab, LLC d/b/a Mobility Specialists**      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Pinnacle Medsource<br>P.O. Box 53835<br>Atlanta, GA 30353 | Pinnacle Medsource<br>P.O. Box 53835<br>Atlanta, GA 30353 | Medical Supplies<br>for resale | | 6,748.45 |
| Pride Galaxy<br>182 Susquehanna Avenue<br>Pittston, PA 18643 | Pride Galaxy<br>182 Susquehanna Avenue<br>Pittston, PA 18643 | | | 4,711.68 |
| Pride Galaxy<br>182 Susquehanna<br>Pittston, PA 18643 | Pride Galaxy<br>182 Susquehanna<br>Pittston, PA 18643 | | | 61,781.36 |
| Pride Galaxy<br>182 Susquehanna<br>Pittston, PA 18643 | Pride Galaxy<br>182 Susquehanna<br>Pittston, PA 18643 | | | 58,825.42 |
| Pride Mobility<br>182 Susquehanna Avenue<br>Pittston, PA 18643 | Pride Mobility<br>182 Susquehanna Avenue<br>Pittston, PA 18643 | | | 62,272.03 |
| Sams Club<br>P.O. Box 530981<br>Atlanta, GA 30353 | Sams Club<br>P.O. Box 530981<br>Atlanta, GA 30353 | Credit Card Debt | | 4,661.92 |
| Sunrise Medical<br>P.O. Box 933056<br>Atlanta, GA 31193 | Sunrise Medical<br>P.O. Box 933056<br>Atlanta, GA 31193 | | | 24,603.55 |
| TAG<br>3866 Solutions Center<br>Chicago, IL 60677 | TAG<br>3866 Solutions Center<br>Chicago, IL 60677 | | | 7,979.90 |
| Taylor & Assoc.<br>20 3rd St. SW<br>Auburndale, FL 33823 | Taylor & Assoc.<br>20 3rd St. SW<br>Auburndale, FL 33823 | Attorney<br>Consultant Fees | | 5,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 3, 2015**          Signature   **/s/ William Vanderpool**

                                                       **William Vanderpool**<br>                                                       **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

All ways Accessible Rehab, LLC d/b/a Mobility Specialists
610 Magnolia Avenue
Auburndale, FL 33823

Florida Refuels
P.O. Box 9001099
Louisville, KY 40290

John Allman Consulting
19521 Creekside Ct.
Salinas, CA 93908

Pierce J. Guard, Jr.
The Guard Law Group, PLLC
2511 Orleans Avenue
Lakeland, FL 33803

Fordian Packaging
185 Linden Street
Hackensack, NJ 07601

KI Mobility
4848 Industrial Park Road
Stevens Point, WI 54481

3B Medical
21301 US Hwy
Lake Wales, FL 33859

Future Mobility Products
One Buffalo River Place
Buffalo, NY 14210

MedBloc, Inc.
1935 Solutions Center
Chicago, IL 60677

Accurate Biomed Services
100 N 17 Street
Bethany, MO 64424

Golden Technologies
401 Bridge Street
Old Forge, PA 16518

Merits Health Products
730 NE 19th Place
Cape Coral, FL 33909

Brighttree
P.O. Box 101513
Atlanta, GA 30392

Harris & Sterns
910 W Cass Street
Tampa, FL 33608

Nperspective Services
5971 Brick Court
Suite 100
Winter Park, FL 32792

Chase
P.O. Box 15298
Wilmington, DE 19850

Invacare Corporation &
Invacare Credit Corporation
c/o Theodore Hamilton, Esq.
1010 North Florida Avenue
Tampa, FL 33602

OTTO Bock
P.O. Box 86
Minneapolis, MN 55486

Crumpton Welding Supply
P.O. Box 75939
Tampa, FL 33675

Invacare Corporation &
Invacare Credit Corporation
P.O. Box 41602
Philadelphia, PA 19101

Pawnee Leasing Corp
700 Centre Avenue
Fort Collins, CO 80526

Drive Medical Design
P.O. Box 842450
Boston, MA 02284

Joe Tedder
P.O. Box 1189
Bartow, FL 33831

Pinnacle Medsource
P.O. Box 53835
Atlanta, GA 30353

Financial Pacific Leasing
3455 S. 344th Way, Suite 300
Federal Way, WA 98001

Joerns Healthcare
P.O. Box 933733
Atlanta, GA 31193

Pride Galaxy
182 Susquehanna Avenue
Pittston, PA 18643

Pride Galaxy
182 Susquehanna
Pittston, PA 18643

Pride Mobility
182 Susquehanna Avenue
Pittston, PA 18643

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

Sams Club
P.O. Box 530981
Atlanta, GA 30353

Southern Janitor Supply
34 East Court
Melbourne, FL 32904

Staples
P.O. Box 689020
Des Moines, IA 50368

Stealth Products
P.O. Box 458
Burnet, TX 78611

Strategic AR
P.O. Box 101382
Atlanta, GA 30392

Sunrise Medical
P.O. Box 933056
Atlanta, GA 31193

Super Lube
1311 N. Paul Russell Road
Tallahassee, FL 32301

TAG
3866 Solutions Center
Chicago, IL 60677

Taylor & Assoc.
20 3rd St. SW
Auburndale, FL 33823

Viparious
4906 Old Willows Road
Chesapeake Beach, MD 20732

Wells Fargo
7711 Plantation Road#R405801
Roanoke, VA 24019

William Vanderpool
c/o Pierce J. Guard, Jr.
2511 Orleans Avenue
Lakeland, FL 33803

# United States Bankruptcy Court
## Middle District of Florida

In re   __All ways Accessible Rehab, LLC d/b/a Mobility Specialists__         Case No. _____

                                    Debtor(s)                Chapter     __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __All ways Accessible Rehab, LLC d/b/a Mobility Specialists__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September  3, 2015__
Date

/s/ Pierce J. Guard, Jr.
**Pierce J. Guard, Jr.**
Signature of Attorney or Litigant
Counsel for   __All ways Accessible Rehab, LLC d/b/a Mobility Specialists__
**The Guard Law Group, PLLC**
**2511 Orleans Avenue**
**Lakeland, FL 33803**
**863-619-7331 Fax:863-619-7992**
**jguardjr@aol.com**